Gina M. Corena, Esq.
Nevada Bar No. 10330
gina@lawofficecorena.com
Danielle C. Miller, Esq.
Nevada Bar No. 9127
danielle@lawofficecorena.com
LAW OFFICE OF GINA M. CORENA
300 S. Fourth Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 897-6507
*Attorney for Debtors in Possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re:<br><br>JUAN AGUIRRE fdba VILLAREAL, INC. and ELIZABETH AGUIRRE,<br><br>Debtors in Possession. | Case No.: 17-15121-MKN<br>Chapter 11<br><br>**MOTION TO WITHDRAW AS COUNSEL**<br><br>DATE: October 02, 2019<br>TIME: 9:30 A.M. |
|---|---|

COMES NOW, Gina M. Corena, Esq., of the law firm of the LAW OFFICE OF GINA M. CORENA, (**"Counsel"**) and moves this Honorable Court for an Order allowing withdrawal as counsel of record for Debtors in Possession, JUAN AGUIRRE, VILLAREAL, INC., and ELIZABETH AQUIRRE.

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Local Rule 1A 10-6 an attorney may not withdraw from a proceeding before this Court without leave of the Court.

> (b) No attorney may withdraw after appearing in a case except by leave of Court after notice served on the affected client and opposing counsel.

Pursuant to Rules of the Nevada Supreme Court Rule 166, an attorney may withdraw as counsel for a client as follows:

> 2. Except as stated in subsection 3, a lawyer may withdraw from representing a client if

> withdrawal can be accomplished without material adverse effect on the interests of the client, or if:
> (a) The client persists in a course of action involving the lawyer's services that the lawyer reasonably believes is criminal or fraudulent;
> (b) The client has used the lawyer's services to perpetrate a crime or fraud;
> (c) A client insists upon pursuing an objective that the lawyer considers repugnant or imprudent;
> (d) The client fails to substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;
> (e) The representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonable difficult by the client; or
> **(f) Other good cause for withdrawal exists**.

On November 2, 2017, the Court entered an Order Authorizing the Employment and Retention of the Law Office of Gina M. Corena as Attorney for the Debtors-in-Possession, and payment of the Debtors' prepetition retainer of $7,500.00. According to GMC's books and records, for the period prior to filing date of September 22, 2017, the total amount of services billed to the Debtors in connection with contingency planning was $5,200.00 plus an additional $1,717.00 in filing fees, $46.00 for Debtors' credit reports, and $350.00 an appraisal on Debtors' rental property.

The Law Office of Gina Corena's books and records further reflect for the same period, GMC received an aggregate of $7,500.00 inclusive of the Retainer. The Law Office of Gina Corena's books and records further reflect that the Debtors have not made any additional payments.

The Retainer Agreement between Debtors and counsel allows counsel to withdraw with or without cause. See **Docket 8 Employment Application Exhibit B.** Accordingly, Counsel respectfully requests that this Honorable Court grant Counsel's Motion to Withdraw.

///

///

///

///

///

///

///

///

The last known address and phone number of Debtors is stated in the accompanying affidavit of counsel.

DATED this 26th day of August, 2019.

LAW OFFICE OF GINA M. CORENA

/s/ Gina M. Corena__________________
Gina M. Corena, Esq.
Nevada Bar No. 10330
Danielle C. Miller, Esq.
Nevada Bar No. 9127
300 S. Fourth Street, Suite 1250
Las Vegas, Nevada 89101
*Attorneys for Debtors in Possession*

PROPOSED ORDER

Gina M. Corena, Esq. SBN 10330
LAW OFFICE OF GINA M. CORENA, PLLC
400 S. 4TH Street, Suite 500
Las Vegas, NV 89101
Telephone: (702) 943-0308 Fax: (888) 897-6507
Email: gina@lawofficecorena.com
***Attorney for the Debtors in Possession***

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re:<br><br>JUAN AGUIRRE fdba VILLAREAL, INC. and ELIZABETH AGUIRRE,<br><br>Debtors in Possession. | Case No.: 17-15121-MKN<br>Chapter 11<br><br>DATE: November 1, 2017<br>TIME: 9:30 A.M. |
|---|---|

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Upon the Motion of Counsel for the *Debtors in Possession* in the above captioned case; and upon the Declaration of Gina Corena sworn to on August 26, 2019; and the Court being satisfied with the representations made in the Application and Counsel's Affidavit; and upon the record of the hearing held on the Motion; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that as provided by Fed. R. Bankr. P. 7062, this Order shall be effective and enforceable immediately upon entry.

Submitted by:

DATED: August 26, 2019                    By: /s/ Gina M. Corena
                                                                            Gina M. Corena, Esq.
                                                                            ***Proposed Attorney for the Debtors in Possession***

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

_____ In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that (check one):

_____ The Court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

Submitted by:

By: /s/ Gina M. Corena, Esq.
Gina M. Corena, Esq.

**AFFIDAVIT OF GINA M. CORENA, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

STATE OF NEVADA )<br>
) ss:<br>
COUNTY OF CLARK )

I, GINA M. CORENA, ESQ., being first duly sworn, deposes and says:

1. That I am the attorney of record for Debtors JUAN AGUIRRE, VILLAREAL, INC., and ELIZABETH AQUIRRE, in this case and am testifying based upon my personal knowledge.

2. That, per the retainer agreement, the Law Offices of Gina M. Corena and its attorneys may withdraw from representation of client with or without cause.

3. That it is ethical for the Law Offices of Gina M. Corena and affiant to withdraw, and that no undue prejudice would result to Debtors or other parties herein if this withdrawal is allowed.

4. That the last known address of Debtors named above and where all future pleadings and correspondence may be served is:

Juan Aguirre<br>
3700 Broxburn Street<br>
Las Vegas, Nevada 89108

Elizabeth Aguirre<br>
66527 Coldwater Bay Drive<br>
Las Vegas, Nevada 89122

5. That a copy of this Motion will be served upon all parties in a manner authorized by statute.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 26, 2019.

By: /s/ Gina Corena, Esq.<br>
Gina M. Corena, Esq.<br>
***Attorney for the Debtors in Possession***

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Bankr.P. 2002 and LR 2002, I certify that on _August 27, 2019, I deposited a true and correct copy of the **MOTION TO WITHDRAW AS COUNSEL** through the:

**CM/ECF System:**

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov

**United States Certified Mail to:**

Juan Aguirre
3700 Broxburn Street
Las Vegas, Nevada 89108

Elizabeth Aguirre
66527 Coldwater Bay Drive
Las Vegas, Nevada 89122

Orion
c/o PRA Receivables Management, LLC
Attn: Officer or Agent
P.O. Box 41021
Norfolk, VA 23541

Gilbert Aguirre
6527 Coldwater Bay
Las Vegas, NV 89122

Target Nb
Attn: Officer or Agent
P.O. Box 673
Minneapolis, MN 55440

Amex Dsnb
Attn: Officer or Agent
9111 Duke Blvd
Mason, OH 45040

Kohls/capone
Attn: Officer or Agent
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Wells Fargo
Attn: Officer or Agent
P.O. Box 14517
Des Moines, IA 50306

Bank of America
Attn: Officer or Agent
P.O. Box 982234
El Paso, TX 79998-2234

Nissan Motor Aceptance Corp.
Attn: Officer or Agent
P.O. Box 660360
Dallas, TX 75266

Wells Fargo Bank Nv Na
Attn: Officer or Agent
P.O. Box 94435
Albuquerque, NM 87199

Bankamerica
Attn: Officer or Agent
4909 Savarese Circle
Tampa, FL 33634

Santander Consumer Usa
Attn: Officer or Agent
P.O. Box 961245
Ft Worth, TX 76161

Wells Fargo Hm Mortgag
Attn: Officer or Agent
8480 Stagecoach Cir
Frederick, MD 21701

Chase Card
Attn: Officer or Agent
P.O. Box 15298
Wilmington, DE 19850

Syncb/care Credit
Attn: Officer or Agent
P.O. Box 965036
Orlando, FL 32896

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy Box 551401
Las Vegas, NV 89155-1401

Citi
Attn: Officer or Agent
P.O. Box 6241
Sioux Falls, SD 57117

Syncb/jcp
Attn: Officer or Agent
P.O. Box 965007
Orlando, FL 32896

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155

Comenity Bank/pier 1
Attn: Officer or Agent
P.O. Box 182789
Columbus, OH 43218

Syncb/kirklands
Attn: Officer or Agent
P.O. Box 965005
Orlando, FL 32896

Dept. of Employment, Training, and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Comenitycapital/zales
Attn: Officer or Agent
P.O. Box 182120
Columbus, OH 43218

Syncb/lenscrafters
Attn: Officer or Agent
P.O. Box 965036
Orlando, FL 32896

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Credit Coll
Attn: Officer or Agent
P.O. Box 710
Norwood, MA 02062

Syncb/lowes
Attn: Officer or Agent
P.O. Box 956005
Orlando, FL 32896

Internal Revenue Service
110 City Parkway
Las Vegas, NV 89106

Franklin Capital
Attn: Officer or Agent
47 W 200 S Ste 500
Salt Lake City, UT 84101

Syncb/mervyns
Attn: Officer or Agent
P.O. Box 965005
Orlando, FL 32896

Nevada Department of Motor Vehicles
555 Wright Way
Carson City, NV 89711

_/s/Andrea Chavez_________________
Andrea Chavez An employee of
LAW OFFICE OF GINA M. CORENA