_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
October 17, 2019

Timothy S. Laffredi, Assistant United States Trustee
State Bar No. WI 1055133
Cameron M. Gulden, Trial Attorney
State Bar No. MN 310931
Edward M. McDonald Jr., Trial Attorney
State Bar No. NY 4126009
*edward.m.mcdonald@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Tel.: (702) 388-6600, Ext. 234
Fax: (702) 388-6658
**Attorneys for the United States Trustee for Region 17
TRACY HOPE DAVIS**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**JUAN AGUIRRE<br>ELIZABETH AGUIRRE,**<br><br>                    Debtors. | CASE NO: BK-**S-17-15121-MKN**<br>Chapter 11<br><br>Date:  October 16, 2019<br>Time:  9:30 a.m.<br>Location:  Foley Courtroom #2 |

### ORDER DISMISSING CASE

Based on the *Motion of the United States Trustee Under 11 U.S.C. § 1112(b) and Federal Rules of Bankruptcy Procedure 1017(f) and 9014 to Dismiss or Convert Chapter 11 Case* [ECF No. 96] (the "Motion"), the Debtors' Limited Opposition to the *Motion* [ECF No. 103], the hearing held on October 16, 2019 (appearances noted on the record), the Court having

stated on the record its findings of fact and conclusions of law, which are incorporated herein pursuant to Federal Rules of Bankruptcy Procedure 9014(c) and 7052, and Federal Rule of Civil Procedure 52, with good cause having been shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**; and,

**IT IS FURTHER ORDERED** that this case is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Submitted by:

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By:  */s/ Edward M. McDonald Jr.*
    Edward M. McDonald Jr., Esq.
    United States Department of Justice
    Attorney for the United States Trustee

RULE 9021 DECLARATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that:

☐ The court has waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| (APPROVE)/~~DISAPPROVE~~ | (APPROVE)/~~DISAPPROVE~~ |
|---|---|
| /s/ Matthew L. Johnson | /s/ Gina M. Corena |
| Matthew L. Johnson, Esq.<br>Johnson & Gubler, P.C.<br>8831 West Sahara Avenue<br>Las Vegas, NV 89117 | Gina M. Corena, Esq.<br>Law Office of Gina M. Corena<br>300 S. Fourth Street, Suite 1250<br>Las Vegas, NV 89101 |
| *Proposed Counsel for the Debtors* | *Counsel for the Debtors* |

☐ I certify that this is a case under Chapter 7 or 13, that I served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

By: /s/ Edward M. McDonald Jr.
Edward M. McDonald Jr., Esq.
United States Department of Justice
Attorney for the United States Trustee